**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY STALLINGS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:04CV00645 SWW |
| JOYCE BRADLEY BABIN, Chapter 13 | * | |
| Standing Trustee, in her official capacity | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 15TH DAY OF MARCH, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE